IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
NORTHERN EASTERN DIVISION

John V. Norris )
)
versus ) CASE NUMBER: 2014-CV-1651
)
Michael Cochran et al, )

## *EMERGENCY* MOTION TO APPOINT COUNSEL

NOW COMES THE PLAINTIFF, John V. Norris, pro se, and he respectfully moves the Honorable Court to grant his *EMERGENCY* MOTION TO APPOINT COUNSEL, in support Plaintiff states:

**1.** Plaintiff previously filed a Petition to appoint Counsel. Said Petition was denied without prejudice. With leave of the Court to renew when the proper time came to be. This is that proper time.

**2.** Plaintiff is being cheated in Will County Courts regarding the underlying criminal matter to this Civil Suit. In Will County Case # 2013-CF-2405, Retail Theft, Will County Judge Sarah Jones.

**3.** Plaintiff is pro se in the Will County matter. Judge Jones is deliberately maliciously cheating Plaintiff, with impunity.

**4.** Plaintiff believes Judge Jones is nefariously cheating and abusing discretion because the U.S. Marshals have performed Service in this Civil Action. To the Joliet Police and more.

**5.** Since then Judge Jones has lied on Plaintiff, kicked him out of Court for nothing, denied pretrial Motions any other FAIR Judge would have granted, and more A LOT MORE. Proof is in the Record, in the Transcripts.

**6.** Attempting to sabotage Plaintiff's Civil Suit. By egregiously cheating Plaintiff on the underlying criminal matter in Will County Courts. If Plaintiff lost in the underlying criminal matter. The following Civil Action, this Law Suit must certainly fail also.

**7.** Judge Jones is charged with the duty to make sure Plaintiff's Constitutional Rights are not violated. But she is the one violating Plaintiff's Rights. She is the one cheating Plaintiff. Is why he now request a Lawyer, PLEASE!!!

8. Will County is a small Judicial system. Cheating and or violating Plaintiff's Constitutional Rights to protect their own or one in their exclusive not inclusive inner circle. Is not a problem here. PLEASE HELP ME!!!

9. Someone who knows the Law. Someone who knows the correct channels to navigate to effectuate Justice. Someone who knows the correct governmental agencies to contact to make change, to fix deliberate wrongs, discipline those who earned it, and more.

10. Without a competent Lawyer Plaintiff will be hoodwinked in the underlying criminal matter. Found guilty of stealing NOTHING.

11. Plaintiff is not a Lawyer, he is a lay knowledge person with lay abilities. Plaintiff cannot meet the knowledge, skill, and prowess of a licensed practicing Lawyer. This Civil Action will not be a meaningful adversarial testing process guaranteed by Plaintiff's Constitutional Rights.

**12. Plaintiff request a telephone appearance in Court for this Motion. He is currently a pretrial detainee incarcerated in the Will County Adult Detention Facility. 95 south Chicago street. Joliet, Illinois 60436.**

WHEREFORE THE REASONS STATED, Plaintiff prayerfully moves the Honorable Court to appoint Counsel forthwith. **To represent him in the underlying criminal matter here as well as the Civil Action pending there PLEASE!!!**

### PROOF OF SERVICE

I, John V. Norris, do swear under penalty of perjury, that on July 2, 2014, he sent the foregoing to the Clerk of the Court and to Defendants, by placing it in the U.S. Mail, bearing the correct address and postage.

_John V. Norris_             July 2, 2014