# MOLTZEN LAW GROUP, LTD.
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
211 WEST CHICAGO AVENUE - SUITE 212
HINSDALE, ILLINOIS 60521

EDWARD W. MOLTZEN

FACSIMILE: 630-986-5010
TELEPHONE: 630-986-5007

E-MAIL: emoltzen@moltzenlaw.com

FILED

MAY 12 2015
MAY 12, 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

May 6, 2015

Clerk, Eastern Division
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: **Norris v. Certified Warehouse Foods, Inc., et al.**
Case No. 2014-CV-1651

Dear Clerk:

Please find enclosed an original and one copy of Defendants Certified Warehouse Foods, Inc. and Dan Graham's Notice of Motion and Motion to Strike.

Kindly file same and return the filed copies to the undersigned in the enclosed self-addressed stamped envelope.

Thank you for your cooperation in this matter.

Very truly yours,

MOLTZEN LAW GROUP, LTD.

Jean Marie Harner, Paralegal

JMH:jmh
Enclosures
cc: Mr. John V. Norris (w/enc.)