FILED
DEC 27 2016
12-27-16 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN V. NORRIS | ) |
| | ) |
| VS. | ) CASE # 2014-CV-1651 |
| | ) JUDGE DARRAH |
| OFFICER OTTO SERRATO, et al. | ) |

## MOTION FOR DISCOVERY SANCTION(S)

**NOW COMES THE PLAINTIFF,** John V. Norris, pro se, and he respectfully moves the Honorable Court to sanction Mr. Moltzen and Mr. Stiff, pursuant to **Federal Rules of Civil Procedure 37(2)(A)(i)(ii)(iii)(vi),** in support Plaintiff states:

1. On or about October 2016 Mr. Moltzen possibly Mr. Stiff too, moved to extend discovery. Judge Darrah granted the motion, over Plaintiff's written pleadings opposing it. Discovery was extended to December 30, 2016. Again, over Plaintiff's written objection.

2. Plaintiff, Mr. Moltzen and Mr. Stiff had conversations on the subject(s) within Plaintiff's motion(s) to compel in person on November 18, 2016 also via voicemails. They knew Plaintiff was going to move the Court to compel, prior to Plaintiff submitting his motion(s) to compel.

3. On December 6, 2016 Plaintiff mailed the Clerk's Office, Mr. Moltzen and Mr. Stiff, copies of his motion(s) to compel discovery, document # 187 & 188, from Plaintiff's previous request. Plaintiff also requested his motions be considered by Judge Darrah without appearances by Plaintiff Mr. Moltzen and Mr. Stiff.

4. On December 13, 2016 Judge Darrah granted Plaintiff's motion(s) to compel discovery, in document # 192. Ordering Mr. Moltzen and Mr. Stiff to provide Plaintiff with the discovery he timely requested.

5. On December 22, 2016 Plaintiff checked his E-mails, Mr. Moltzen and Mr. Stiff are defiantly disobeying Judge Darrah's orders within document # 192. They plan to file pleading(s) asking Judge Darrah to reconsider/change his decision(s), where Judge Darrah ordered them to provide Plaintiff with discovery that he timely requested.

**For the following reason(s) Plaintiff moves the Honorable Court to sanction Mr. Moltzen and Mr. Stiff, pursuant to Federal Rules of Civil Procedure 37(2)(A)(i)(ii)(iii)(vi).**

6. On December 6, 2016 Plaintiff mailed the Clerk's Office, Mr. Moltzen and Mr. Stiff copies of his motion(s) to compel, document # 187 & 188. Neither timely responded in writing, making their objection(s) known to Plaintiff and to Judge Darrah. Meaning they accept the orders, without objection, from December 13, 2016, document # 192.

Again, Plaintiff, Mr. Moltzen and Mr. Stiff had conversations on the subject(s) in person on November 18, 2016 also via voicemails. They knew Plaintiff was going to move the Court to compel, prior to Plaintiff filing his motion(s) to compel.

After Mr. Moltzen and Mr. Stiff knowingly and intelligently failed to timely reply to Plaintiff's motion(s) to compel. More than a week after Judge Darrah's decision, they now want Judge Darrah to reconsider/change his decision based on their late, untimely and surely frivolous arguments respectively. This is a bad faith attempt to circumvent discovery with nefarious shenanigans. This is a bad faith attempt to bamboozle, swindle and hoodwink Plaintiff, in furtive violation of the governing Federal Rules governing the situation. Discovery is suppose to be an open two (2) way exchange of information, that each party is entitled to know and to use. **Plaintiff is entitled to have what he timely requested during open discovery from defendants, pursuant to the Federal Rules governing discovery. Pursuant to Judge Darrah's orders from December 13, 2016, document # 192.**

7. Judge Darrah should also consider, that Mr. Moltzen possibly Mr. Stiff too moved to extend discovery until around December 30, 2016. Judge Darrah granted the motion. Thus, any of Plaintiff's discovery request dated prior to December 30, 2016 **are valid and timely**.

8. Mr. Moltzen and Mr. Stiff are both licensed practicing attorneys with decades of experience. Both attorneys in possession of Plaintiff's motion(s) to compel knowingly and intelligently decided not to timely reply/object in writing. Thus, any late and untimely response now must be struck, as late/untimely. Judge Darrah has made his decision(s), without timely objection in writing from Mr. Moltzen and Mr. Stiff.

9. A portion of Judge Darrah's order from December 13, 2016, document # 192 states that he extended discovery until December 30, 2016. The motion to extend discovery was Mr. Moltzen's pleading, supported by Mr. Stiff. Mr. Moltzen and Mr. Stiff lied in bad faith to Plaintiff to maliciously escape giving him the discovery Plaintiff timely requested. **See Plaintiff's exhibit B, two (2) letters from Mr. Moltzen and Mr. Stiff.**

**WHEREFORE** the reason(s) stated, pursuant to **Federal Rule of Civil Procedure 37(2)(A)(i)(ii)(iii)(vi)** Plaintiff prayerfully moves the Honorable Court to ORDER that:

(i) there never was any alleged stolen Steaks, also that there was no probable cause, no reasonable grounds to detain Plaintiff, to arrest Plaintiff and to hold him for trial, in the underlying criminal case, the Joliet Police Department Property Theft Log # CR 131105017935, was disobeyed, also that all named defendants knew about and disobeyed 725 ILCS 5/115-9,

(ii) ban, bar, prohibit Mr. Moltzen and Mr. Stiff from exposing Plaintiff's prior Retail Theft convictions and any other convictions during trail, especially if Plaintiff takes the witness stand,

concerning Plaintiff's motion(s) to compel, STRIKE all testimony/evidence obtained from the November 18, 2016 deposition performed by Mr. Moltzen and Mr. Stiff on Plaintiff.

**(iv)** enter a default judgment against all named defendants, ordering that Plaintiff be forthwith paid in full, one payment, reimbursed six thousand (6,000.00) dollars, as his Complaint states, including punitive damages at a ratio of nine (9) to one (1).

**a.** Because Transcripts from defense deposition from November 18, 2016 where these issue(s) was examined, were not provided to Plaintiff as Plaintiff timely requested, and as Judge Darrah ordered on December 13, 2016, in document # 192.

**b.** Because Mr. Moltzen and Mr. Stiff is defiantly disobeying Judge Darrah's ORDER to provide Plaintiff with their clients net worth and pecuniary position, and more, as Judge Darrah ordered on December 13, 2016, in document # 192.

**c.** Because Mr. Stiff is defiantly disobeying Judge Darrah's ORDER to provide Plaintiff with police training/re-training manuals and training/re-training videos, as Judge Darrah ordered on December 13, 2016, in document # 192.

It should also be noted that Plaintiff's valid and timely discovery request was made when discovery opened in 2014, **years ago**. To date it has not been answered with what Plaintiff requested way back then.

Finally, it should also be noted that former Joliet attorney Mr. Gregory Smith provided completion certificates, not what Plaintiff originally requested, Plaintiff requested police training/re-training manuals and videos. The current Joliet attorney Mr. Stiff has not answered Plaintiff's renewed discovery request, even after Judge Darrah ordered him to do so on December 13, 2016, document # 192.

**Defiant disobedience at its lowest unprofessional levels. That cannot be allowed to go uncorrected. Again, Plaintiff prayerfully moves Judge Darrah to sanction Mr. Moltzen and Mr. Stiff.**

## PROOF OF SERVICE

I, John V. Norris, declare under penalty of perjury, that on December 23, 2016, he sent a copy of the foregoing to the United States Dist. Ct. Clerk's Office, to Mr. Stiff and to Mr. Moltzen, by placing it in the U.S. Mail, bearing the correct address and postage.

_John V. Norris-Pro se._   December 23, 2016

# SPESIA & AYERS
### Attorneys at Law

James C. Byrne
John M. Spesia
Christian G. Spesia
Jeffrey S. Taylor *
Michael R. Stiff
Bradley S. McCann
Gabriel G. Orenic
Michael S. Hopkins
Jacob E. Gancarczyk
Michael A. Santschi
Tyler J. Moore

* Also licensed to practice in Missouri

1415 Black Road
Joliet, Illinois 60435

Ph 815.726.4311
Fx 815.846.2410

www.spesia-ayers.com

Of Counsel:

E. Kent Ayers
Thomas M. Ewert
Kent Slater

Douglas F. Spesia
(1940-2010)

Plaintiff's exhibit D

November 30, 2016

John V. Norris
634 Patterson Road
Joliet, IL 60436

Re: **John V. Norris v. Certified Warehouse Foods, Inc., et al.**
**Case No.: 14 CV 1651**

Dear Mr. Norris:

I have your recent "Requests for Discovery" directed to Officer Williams, former Officer Serrato, and Sergeant Hall. As indicated in a letter sent by Mr. Moltzen under separate cover with respect to his clients, on behalf of Officers Williams, Serrato and Sergeant Hall, I am also objecting to this discovery as untimely, as well as overbroad and in certain aspects, vague and ambiguous. Discovery is currently closed in this matter and has been closed since December 22, 2015.

While there is currently a pending Motion by Mr. Moltzen to reopen discovery solely for the purpose of taking your deposition, that Motion is now moot since you agreed to waive the discovery closure and submit to a deposition which took place on November 18, 2016. Although, I presume that Mr. Moltzen will be withdrawing that Motion, in any event it is now moot.

As a result, we will not be responding to the recently served "Discovery Requests" received in my office on November 23, 2016, and this letter is intended to be my response and formal position on the matter.

Yours very truly,

SPESIA & AYERS

By: *Michael R. Stiff*
Michael R. Stiff

MRS/kp

Cc: Edward Moltzen (via electronic mail)

# MOLTZEN LAW GROUP, LTD.
A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW
211 WEST CHICAGO AVENUE - SUITE 212
HINSDALE, ILLINOIS 60521

EDWARD W. MOLTZEN

FACSIMILE: 630-986-5010
TELEPHONE: 630-986-5007

E-MAIL: emoltzen@moltzenlaw.com

*Plaintiff's exhibit B*

November 29, 2016

Mr. John V. Norris
634 Patterson Road
Joliet, IL 60436

Re: **Norris v. Certified Warehouse Foods, Inc., et al.**
**Case No. 2014-CV-1651**

Dear Mr. Norris:

Kindly consider this a response to your recent discovery requests directed to both of our clients, Dan Graham and Certified Warehouse Foods, Inc. These Defendants object to both of these discovery requests as untimely. Discovery closed in this matter on December 22, 2015, after you failed to appear for your previously scheduled deposition on November 23, 2015.

On or about August 29, 2016, Defendants Graham and Certified filed a motion seeking to reopen discovery for thirty days for the sole purpose of taking your deposition. The Court has not yet ruled on this motion, but you voluntarily contacted us and Michael R. Stiff, counsel for the other defendants, to offer to submit to a deposition at 2:00 p.m. on November 18, 2016 at Mr. Stiff's office. That deposition took place, and we never agreed to re-open discovery for any other purpose.

Due to the untimely nature of your discovery requests, our clients will not respond to them.

Very truly yours,

MOLTZEN LAW GROUP, LTD.

Edward W. Moltzen

EWM:jmh
cc: Michael R. Stiff



**JOLIET** Police Department
150 West Washington
Joliet, IL 60432-4139

PROPERTY THEFT LOG

CR 131105017935

| Victim Name | | | DATE |
|---|---|---|---|
| Certified Foods | | | 10/5/13 |
| Victim Address | Phone Number | Fax Number | |
| 1225 S. Richards St. | 815-722-5503 | | |

| QTY | Description of Property | Serial # | Model # | Value |
|---|---|---|---|---|
| 4 | Packages of steaks | | 7.69/8.11 | 31.87 |
| | | | 7.48/8.04 | |
| | Shoved 4 packages of steaks in his jacket. | | | |

**Photos of stolen property are to be taken and entered into Evidence.**

*In accordance with Illinois State Statute 725ILCS 5/115, the <u>PROPERTY OWNER</u> will maintain the property in a secured location for a period of <u>60 days</u> from the date of offense. The Property Owner may restock or sell the items after the <u>60 day</u> period unless notified via Court Order to continue to hold the property.*

| Officer Signature/Badge # | | 165 |
|---|---|---|
| Property Owner/Representative | | |

E-5   7/16/2008

John V. Norris
634 Patterson Rd.
Joliet, IL 60436



12/28/2016-66

CAROL STREAM IL 60
24 DEC 2016 PM



EW
2016 DEC 27 PM 4:00

Dirksen Federal Courthouse
Clerk of the Court
219 S. Dearborn street
Chicago, IL 60604

60604-170299